UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

PHILLIP H. SMITH, as President of UNITED UNIVERSITY
PROFESSIONS; UNITED UNIVERSITY PROFESSIONS
MARGARET M. STOLEE; WILLIAM M. SIMONS;
BRUCE T. KUBE; ROBERT E. REES; GRETA J. PETRY;
 LAURA S. RHOADES; and ELEANOR RICHARDS,

AFFIDAVIT

Plaintiffs,

Civil Action No.: _____

-against-

HONORABLE DAVID A. PATERSON, as
Governor of the State of New York; GARY JOHNSON,
as Executive Director of the GOVERNOR'S OFFICE OF
EMPLOYEE RELATIONS; NEW YORK STATE
DEPARTMENT OF AUDIT AND CONTROL; THOMAS P.
DiNAPOLI, as Comptroller of the State of New York;
NANCY L. ZIMPHER, as Chancellor of the State University
of New York; THE STATE UNIVERSITY OF NEW YORK;
and THE STATE OF NEW YORK,

Defendants.

---

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF  RENSSELAER        )

GRETA J. PETRY, being duly sworn, deposes and says:

1.      I am an employee of the State of New York, and a member of the UUP bargaining

unit.

2.      I make this affidavit in support of UUP's request for a temporary restraining order

and a preliminary injunction with regard to the "work week reduction" to be imposed on state

employees, commencing the week of May 17, 2010.

3.     I am employed as an Assistant Director of Community Relations at SUNY Albany, where I have been employed for the past 18 years.

4.     I am a writer and the Web Editor for the university website in the Office of Communications and Marketing.

5..    I am a 12 month employee, and therefore am assigned to work throughout the year, regardless of the academic calendar.

6.     The imposition of a "furlough" or "work week reduction" starting the week of May 17, 2010 would constitute a taking of compensation from me and is a forced and involuntary leave.

7.     I am the major breadwinner in my family and am a homeowner, and the 20% decrease in salary will have a major impact on our financial situation.

8.     My monthly mortgage is $1615 and the 20% loss in salary for even one week will have a major impact financially, and if it is continued will have a significant financial effect on our family.

9.     Therefore, my husband and I cannot afford such a drastic reduction in salary, and I respectfully request that this Court stop the imposition of the furlough.

_____

GRETA J. PETRY

Sworn to before me this

11th day of May, 2010

_____

Notary Public

87454/CWA1141

ELIZABETH R. SCHUSTER
Notary Public, State of New York
No. C2SC5044548
Qualified in Albany County
Commission Expires May 30, 2011